D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANE DADABO,

                              Plaintiff,

              -against-

MEDIA PRODUCTS, INC. d/b/a DEVIL'S FILMS,

                              Defendants.
------------------------------------------------------------------X
FEUERSTEIN, District Judge:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   MAY 07 2012   ★

LONG ISLAND OFFICE

**ORDER**
11-CV-4280 (SJF)(ARL)

        By order dated October 6, 2011, the Court directed the pro se plaintiff to serve her complaint

upon the defendants by January 4, 2012. See Federal Rule of Civil Procedure 4(m). The order

warned that if plaintiff failed to serve the complaint by that date, or if plaintiff failed to show good

cause why such service had not been effected, the action would be dismissed without prejudice. To

date, the plaintiff has not filed proof of service nor has she otherwise communicated with the Court.

Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil

Procedure 4(m). The Clerk of the Court is directed to close this case.

**SO ORDERED.**

                                        s/ Sandra J. Feuerstein

                                        _____
                                        Sandra J. Feuerstein
                                        United States District Judge

Dated:        May 7, 2012
              Central Islip, New York